THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO QUINTANA, Appellant. [17 NYS3d 866]—Judgment, Supreme Court, Bronx County (Megan Tallmer, J.), rendered May 31, 2013, convicting defendant, upon his plea of guilty, of criminal sexual act in the second degree, and sentencing him to a term of 10 years' probation, unanimously affirmed. Order, same court and Justice, entered on or about August 6, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant's lack of a sex crime history was adequately taken into account by the risk assessment instrument, and his claims that his advanced age and familial-like relationship with the child victim tend to minimize his risk of reoffending are unpersuasive (*see People v McFarland*, 120 AD3d 1121, 1122 [1st Dept 2014], *lv denied* 24 NY3d 1053 [2014]; *People v Rodriguez*, 67 AD3d 596, 597 [1st Dept 2009], *lv denied* 14 NY3d 706 [2010]). Concur—Sweeny, J.P., Saxe, Richter and Gische, JJ.